UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAKURIJA SAKATU,

      *Plaintiff*,

v.

VIRGIN ISLANDS OF THE UNITED STATES, et al.,

      *Defendants*.

Civil Action No. 1:23-cv-01601 (CJN)

## ORDER

    Makurija Sakatu has sued the federal government as well as a variety of defendants in the U.S. Virgin Islands. ECF No. 1. Although his complaint is difficult to understand, he appears to ask this Court to grant him control of part of that territory. *See id*. at 26.

    The federal government moves to dismiss on the grounds that this Court lacks jurisdiction over his claims and that Sakatu has failed to state a claim. ECF No. 7. Because Sakutu is *pro se*, the Court entered an order advising him of the need to respond to the motion and warned him that "the Court may treat as conceded any unopposed arguments that a defendant has advanced in support of its motion." ECF No. 9 at 2 (citing *Hopkins v. Women's Div., Gen. Bd. of Glob. Ministries*, 284 F. Supp. 2d 15, 25 (D.D.C. 2003), *aff'd*, 98 F. App'x 8 (D.C. Cir. 2004)). Sakatu filed a response within the deadline set by the Court, *see* ECF No. 10, but he failed to meaningfully respond to the arguments in the government's motion. Instead, he asked this Court for permission to file an amended complaint. *Id*. But contrary to local rules, he did not include a copy of his proposed pleading. *See* Local Civil Rule 7(i) ("A motion for leave to file an amended pleading

1

shall be accompanied by an original of the proposed pleading as amended."). Accordingly, the Court will grant the federal government's motion and deny Sakatu's motion.

The USVI officer defendants move to quash the summons against them on the ground that it violates Federal Rule of Civil Procedure 4. ECF Nos. 17, 18. Although the Court entered another *Fox* order warned Sakatu of the need to respond to this motion, ECF No. 21, he failed to respond to its arguments, ECF Nos. 22, 25. Accordingly, the Court will treat those arguments as conceded and grant the motion.

The USVI judicial defendants move to dismiss the claims against them for lack of jurisdiction. ECF No. 33. The Court entered yet another *Fox* order, ECF No. 36, but Sakatu never responded to that motion within the deadline set by the Court. Accordingly, the Court will treat their arguments as conceded and grant their motion.

Separately, Sakatu moves to amend his complaint to add new defendants to this matter. ECF Nos. 38, 39. But he did not include an original of his proposed amended pleading. *See* Local Civil Rule 7(i) ("A motion for leave to file an amended pleading shall be accompanied by an original of the proposed pleading as amended."). Nor is there any indication in his complaint that these claims would be anything but frivolous. These motions will be denied.

Sakatu also brings claims against Denise George and Connal Riviera Alfred First Bank. Those claims will be dismissed for failure to prosecute.

Accordingly, it is hereby

**ORDERED** that the motions at ECF Nos. 7, 17, and 33 are **GRANTED**; and it is further

**ORDERED** that the motions at ECF Nos. 15, 29, 38, and 39 are **DENIED**; and it is further

**ORDERED** that the motion at ECF No. 43 is **DENIED** as moot; and it is further

**ORDERED** that this case is **DISMISSED**.

This is a final and appealable order.

The Clerk of Court is directed to terminate this case.

DATE:  August 1, 2024

CARL J. NICHOLS
United States District Judge